

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2025

No. 04-25-00277-CV

**IN RE** Jorge Alberto **OROZCO**

Original Proceeding[1]

## ORDER

Sitting:          Irene Rios, Justice
                      Adrian A. Spears II, Justice
                      Velia J. Meza, Justice

On May 5, 2025, relator filed a petition for writ of mandamus. This court has reviewed the petition, the record presented, and the applicable law. Relator has not established that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 11, 2025.

_____
Adrian A. Spears II, justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CVA001779D3, styled *Alfonso Hernandez Lara, Maria Elena Lara, vs. Jorge Alberto Orozco*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Jose I. Maldonado, Jr. presiding.